Supreme Court
No. 2026-37-M.P.

In the Matter of Raymond T. Trebisacci.     :

**O R D E R**

On January 23, 2026, pursuant to Article III, Rule 13 of the Supreme Court Rules of Disciplinary Procedure for Attorneys, the respondent, Raymond T. Trebisacci, filed an affidavit with the Disciplinary Board of the Supreme Court setting forth that he is aware that he is the subject of an investigation into professional misconduct. The respondent's affidavit sets forth that he freely and voluntarily consents to disbarment, and that he is fully aware of the implications of submitting his consent. On February 4, 2026, Disciplinary Counsel filed the respondent's affidavit with the Court.

Upon review of respondent's affidavit, we deem that an order disbarring respondent is appropriate.

Accordingly, pursuant to Article III, Rule 13, it is hereby ordered, adjudged, and decreed that the respondent, Raymond T. Trebisacci, be and is hereby disbarred on consent from engaging in the practice of law.

It is further ordered that Stephen M. Reck, Esq., of the law firm of Stephen M. Reck and Scott D. Camassar LLC located in North Stonington, CT, is hereby

appointed as Special Master to take possession of and inventory respondent's client files and take whatever steps necessary to protect the clients' interests; including, but not limited to, returning files to the clients or new counsel of each client's choice. The Special Master and/or his designated agents of the law firm are hereby authorized to have full access to respondent's client files and office in order to effectuate this Order.

It is further ordered that Chief Disciplinary Counsel Kerry Reilley Travers is hereby appointed Special Master over respondent's accounts. The Special Master over accounts and/or her designated agents are given sole and exclusive access to the following accounts heretofore controlled by respondent, either solely or jointly: business and operating accounts; trust accounts, including special trust accounts; clients' accounts; estate accounts; and any and all other accounts related to respondent's law practice that he uses presently or has in the past utilized for the deposit and maintenance of fiduciary and/or clients' funds and fee advances. The foregoing list of accounts shall also include any accounts where respondent serves as an agent, special agent, trustee, personal representative, executor, power of attorney, or custodian. The Special Master over accounts shall have sole control over these above-described accounts, to the exclusion of respondent. By this Order, the Court prohibits respondent or any of his agents from withdrawing or transferring funds from the aforementioned accounts.

The Court also hereby orders respondent to fully cooperate with the Special Masters to assist them and their agents in effectuating their duties and directs that any lack of cooperation on respondent's behalf be reported to this Court for further action.

The respondent is directed to comply with the mandates of Article III, Rule 15 of the Supreme Court Rules of Disciplinary Procedure for Attorneys, and within ten days after the effective date of the disbarment order, the respondent shall file with the Clerk of this Court an affidavit showing:

(1) That he has fully complied with the provisions of this Order and with the requirements of Article III, Rule 15;

(2) A list of other state, federal, and administrative jurisdictions to which he is admitted to practice law; and

(3) That he has served a copy of the affidavit upon Disciplinary Counsel. The affidavit shall also set forth the residence or other address where communications may thereafter be directed to the respondent.

Entered as an Order of this Court this **19th** day of ***February 2026***.

By Order,

/s/ *Meredith A. Benoit*
Clerk

Chief Justice Suttell did not participate.



# STATE OF RHODE ISLAND

## SUPREME COURT – CLERK'S OFFICE

Licht Judicial Complex
250 Benefit Street
Providence, RI  02903

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | In the Matter of Raymond T. Trebisacci. | |
| **Case Number** | No. 2026-37-M.P. | |
| **Date Order Filed** | February 19, 2026 | |
| **Justices** | Goldberg, Robinson, Lynch Prata, and Long, JJ. | |
| **Source of Appeal** | N/A | |
| **Judicial Officer from Lower Court** | N/A | |
| **Attorney(s) on Appeal** | For Petitioner:<br><br>Kerry Travers, Esq.<br>Maria R. Lenz, Esq.<br>Office of Disciplinary Counsel | |
| | For Respondent:<br><br>Stephen M. Reck, Esq. | |